IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM D. CHAMBERS and <br> LAURIE A. CHAMBERS, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE RV COMPANY <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Cause No. 5:20-CV-431 |

**KEYSTONE RV COMPANY'S NOTICE OF REMOVAL – Exhibit A**

# TRUE AND CORRECT COPIES OF ALL PROCESS, PLEADINGS, AND THE ORDERS SERVED IN THE STATE COURT ACTION



**COUNTY CLERK & DISTRICT CLERK**
**COURT RECORDS SEARCH**

# Case #2020CV01612

**Name**: WILLIAM D CHAMBERS

**Date Filed** : 3/5/2020

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 010

**Docket Type** : LANDLORD/TENANT

**Business Name** : 2020CV01612

**Style** : WILLIAM D CHAMBERS ET AL

**Style (2)** : vs KEYSTONE RV COMPANY

# Case History

*Currently viewing all records*

| Sequence | Date Filed | Description |
|---|---|---|
| S00001 | 3/10/2020 | CITATION<br>KEYSTONE RV COMPANY<br>ISSUED: 3/10/2020 |
| P00002 | 3/5/2020 | REQUEST<br>CITATION SERVICE REQEUST |
| P00001 | 3/5/2020 | PLAINTIFF ORIGINAL PETITION<br>AND REQUEST FOR DISCLOSURE |

**USPS CERTIFIED MAIL™**

COUNTY CLERK
BEXAR COUNTY COURTHOUSE
100 DOLOROSA STE 101
SAN ANTONIO, TEXAS 78205-3083

EC001

9414 8149 0226 3913 1460 03

REGISTERED AGENT: DAVID G THOMAS
KEYSTONE RV COMPANY
2642 HACKBERRY DRIVE
GOSHEN, IN 46526-6811
US

2020CV01612
3/10/2020 CIT
JUAN
TENIENTE

CERTIFIED MAIL

Case Number: 2020CV01612

2020CV01612  S00601

**WILLIAM D CHAMBERS ET AL**
**VS.**
**KEYSTONE RV COMPANY**
(Note:Attached Document May Contain Additional Litigants.)

IN THE COUNTY COURT
AT LAW NO. 10
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: KEYSTONE RV COMPANY
  REGISTERED AGENT: DAVID G THOMAS
  2642 HACKBERRY DRIVE
  GOSHEN, IN 46526-6811

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 5th day of March, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 10TH DAY OF MARCH, A.D., 2020.

PAUL A TORRES
ATTORNEY FOR PLAINTIFF
408 DWYER AVE
SAN ANTONIO, TX 78204-1221



LUCY ADAME-CLARK
County Clerk of Bexar County, Texas
Bexar County Courthouse
100 Dolorosa Suite 104
San Antonio, Texas 78205

By: *Juan Teniente,* Deputy

---

| WILLIAM D CHAMBERS ET AL<br>VS<br>KEYSTONE RV COMPANY | **Officer's Return** | Case Number: 2020CV01612<br>Court: County Court at Law No. 10 |

I received this CITATION on the_____ day of_____, 20____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION on the date of delivery endorsed and to_____, in person on the _____ day of_____, 20_____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

Declarant

RETURN TO COURT(OKC001)

CERTIFIED MAIL

Case Number: 2020CV01612

2020CV01612 S00001

**WILLIAM D CHAMBERS ET AL**
**VS.**
**KEYSTONE RV COMPANY**
(Note:Attached Document May Contain Additional Litigants.)

IN THE COUNTY COURT
AT LAW NO. 10
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: KEYSTONE RV COMPANY
　　　　　　　REGISTERED AGENT: DAVID G THOMAS
　　　　　　　2642 HACKBERRY DRIVE
　　　　　　　GOSHEN, IN 46526-6811

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 5th day of March, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 10TH DAY OF MARCH, A.D., 2020.

PAUL A TORRES
ATTORNEY FOR PLAINTIFF
408 DWYER AVE
SAN ANTONIO, TX 78204-1221



LUCY ADAME-CLARK
County Clerk of Bexar County, Texas
Bexar County Courthouse
100 Dolorosa Suite 104
San Antonio, Texas 78205

By: *Juan Teniente*, Deputy

---

| WILLIAM D CHAMBERS ET AL | Officer's Return | Case Number: 2020CV01612 |
|---|---|---|
| VS | | Court: County Court at Law No. 10 |
| KEYSTONE RV COMPANY | | |

I received this CITATION on the_____ day of_____, 20____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION on the date of delivery endorsed and to_____, in person on the _____ day of_____, 20_____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

Declarant

ORIGINAL (DKC001)

E-FILED
Bexar County, County Clerk
Lucy Adame-Clark
Submission Date: 3/5/2020 11:46 AM
Accepted Date: 3/6/2020 1:44 PM
Accepted By: Hailey Cho
/s/ Hailey Cho
Deputy Clerk

2020CV01612

NO. _____

| | | |
|---|---|---|
| WILLIAM D. CHAMBERS AND | § | IN THE COUNTY COURT |
| LAURIE A. CHAMBERS | § | |
| *Plaintiff(s)* | § | |
| | § | CC# 10 |
| V. | § | AT LAW NO. _____ |
| | § | |
| KEYSTONE RV COMPANY | § | |
| *Defendant* | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now WILLIAM D. CHAMBERS AND LAURIE A. CHAMBERS, Plaintiffs in this cause of action, complaining of KEYSTONE RV COMPANY, referred to as Defendant or "KEYSTONE" herein, and respectfully shows the court as follows:

I.

### DISCOVERY PLAN-LEVEL II

Plaintiffs intend for discovery to be conducted at Level II. Plaintiff is seeking monetary relief of $200,000.00 or less.

II.

### PARTIES

Plaintiffs reside in San Antonio, Bexar County, Texas, and are consumers as that term is defined at Chapter 17 of the Texas Business and Commerce Code.

Defendant, KEYSTONE RV COMPANY, is a corporation doing business under the laws of the State of Texas and Bexar County, Texas, and may be served **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**, through its Registered Agent for Service/Secretary/Vice President, DAVID G. THOMAS, at 2642 HACKBERRY DRIVE, GOSHEN, IN 46526.

III.

## VENUE

Venue is proper in Bexar County, Texas, because said county is the county where all or a substantial part of the events or omissions giving rise to Plaintiff's cause of action arose [Section 15.002(a)(1), Civil Practice and Remedies Code]. Similarly, a suit against a manufacturer for breach of warranty may be brought in the Plaintiff's county of residence.

IV.

## NOTICE

Plaintiffs have provided Defendants with notice, as required by Section 17.505, Texas Business and Commerce Code, and has complied with all conditions precedent to the filing of this suit and to the recovery of damages and attorney's fees. Said notice letter dated December 21, 2018 and incorporated as if fully set forth herein. ATTACHED HERETO AS (PLAINTIFF'S EXHIBIT "A").

V.

## FACTUAL ALLEGATIONS

On or about December 29, 2017 Plaintiffs sought and acquired goods and services from Defendant and entered into a contract with Defendant for the purchase of a 2018 Keystone Alpine 3301GR, Vin No. 4YDF33020JE7680359, with a purchase price of $91,312.00. As part of the transaction, Plaintiffs were provided an express written manufacturer's warranty agreement in consideration. Plaintiffs purchased the RV in question based on Defendant's representations that defects in material and workmanship, if any, would be properly diagnosed and repaired pursuant to the manufacturer's warranty.

In spite of these representations and warranties, and though Plaintiffs have repeatedly complained to Defendant and allowed its authorized dealers multiple attempts at rectifying the numerous concerns, the RV has not been properly repaired to date, has spent significant amount of

time in the shop, and is in fact in worse condition in some respects than when presented for repairs to such authorized dealers. Equally relevant, numerous issues that have been presented for repairs have not been done in a good and workmanlike manner, continue to exist and continue to plague the RV, resulting in the stated claims herein for breach of warranty and damages, due to the diminished value and costs of repair. Plaintiffs contend that the manufacturer has breached its warranty and that the warranty has failed its essential purpose.

As evidenced by the documented warranty history, these problems include, but are not necessarily limited to the following;

MULTIPLE WATER LEAKS RESULTING IN WATER DAMAGES-SATURATED INSULATION AND BAGGAGE COMPARTMENT WITH BUBBLING VINYL IN KITCHEN; FAILED HYDRAULIC SLIDE HOSE FITTINGS; FALLING GREY TANK CAUSING FLOODED CABINETS; BLACK TANK LEAKING AT TOP OF ABS CONNECTION; IMPROPER SIZED AND DAMAGED COUNTER TOP; AC NOT BLOWING COLD AND BLOWING CONTINUOUSLY; MILTIPLE SOFT SPOTS ON FLOORING AND FAILED ADHESIVE; FLUID LEAKING FROM FRONT JACK; LOOSE FIREPLACE TRIM; OVEN NOT HOLDING TEMP; MIS-MATCHED AND INCORRECT FLOORING; INOPERABLE FIREPLACE AND DISHWASHER; CUT FLOORING FROM SHODDY REPAIRS; DENTS AND SCRATCHES FROM SHODDY REPAIRS; BULGING UNDERSIDE AND WATER STAINS FROM WATER LEAKS; HOLES IN ENTRY STAIRS; EXCESSIVE DUST FROM REPAIRS IN ADDITON TO MOLD FROM PRIOR WATER LEAKS.

Plaintiffs fully assert that the RV remains in need of repairs and that the issues contained and complained herein continue to persist, plaguing the vehicle, resulting in damages. Plaintiffs plead that the discovery of such breach is recent, wherein the attempted repairs have failed and numerous defects persist.

## VI.

## VIOLATIONS OF THE TEXAS DECEPTIVE TRADE PRACTICES ACT AND BREACH OF EXPRESS AND IMPLIED WARRANTIES

Defendant's acts as described above amount to false, misleading, and deceptive acts and practices in the conduct of trade and commerce, and are violative of Section 17.46 (b), (5), (7), (12), (20), and (24), and Section 17.50 (a) (1), (2), and (3), Texas Business and Commerce Code, all of which have been the producing cause of Plaintiff's damages. Plaintiffs further assert claims for breach of express and implied warranties for the continued defects.

## VII.

## DAMAGES

Plaintiffs' damages are within the jurisdictional limits of this court and consist of the following:

(1) Economic loss for the diminished value and costs of repair of the vehicle by reason of its defects, which amount, Plaintiffs assert is $75,000.00; alternatively

(2) Economic loss for Plaintiffs' loss of use of the vehicle each and every time Plaintiff sought to have warranty work performed on his vehicle $25,000.00;

(3) Mental anguish damages for the extreme mental anguish and emotional distress caused by Defendants' conduct herein in an amount to be determined by the triers-of-fact in this case, Plaintiffs' assert at $25,000.00;

(4) Statutory damages.

4

(5)     Attorney's fees as per Ch. 17, Texas Business and Commerce Code.

## VIII.

## STATUTORY DAMAGES

Plaintiffs are entitled to recover statutory damages, as authorized by the Texas Business and Commerce Code. Accordingly, if the triers-of-fact find that the conduct of Defendant was committed knowingly, Plaintiffs may recover damages for mental anguish, as found by the triers-of-fact, and the triers-of-fact may award up to three times the amount of Plaintiffs' economic damages.

In the alternative, if the triers-of-fact find that the conduct was committed intentionally, Plaintiffs may recover damages for mental anguish, as found by the triers-of-fact, and the triers-of-fact may award up to three times the amount of damages for mental anguish and economic damages.

## IX.

## REQUEST FOR DISCLOSURE

Pursuant to Texas Rules of Civil Procedure 194, Defendant is requested to disclose the information or materials described in Rule 194.2

## X.

## ATTORNEY'S FEES

Plaintiffs have had to engage the services of the undersigned attorneys to protect their rights, and, as such, are entitled to recover reasonable and necessary attorney's fees for the preparation and for the trial of this case, as well as for appeal, if such becomes necessary.

## XI.

## PRAYER

5

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that upon final hearing, Plaintiffs have and recover against Defendant those damages stated above, reasonable and necessary attorney's fees, costs of court, prejudgment and post-judgment interest, and all other relief to which Plaintiffs may show themselves to be justly entitled.

RESPECTFULLY SUBMITTED,

TORRES LAW FIRM

BY: PAUL A. TORRES
408 DWYER AVENUE
HISTORIC TEAGARDEN HOUSE
SAN ANTONIO, TX 78204
210/737-2672 (TELEPHONE)
210/737-9358 (TELECOPY)
TEXAS BAR NO. 24025683
paul@torreslawpc.com

<u>ATTORNEY FOR PLAINTIFFS
WILLIAM D. CHAMBERS AND
LAURIE A. CHAMBERS</u>

# EXHIBIT "A"

# TORRES LAW FIRM

ATTORNEYS AND COUNSELORS AT LAW
408 DWYER AVENUE
SAN ANTONIO, TEXAS 78204
TELEPHONE (210) 737-2672
TELECOPIER (210) 737-9358

PAUL A. TORRES
ATTORNEY AT LAW

PETER TORRES, JR.
ATTORNEY AT LAW
(1933-2007)

Senders E-Mail:
paul@torreslawpc.com

Of Counsel *
ROB HUGHES, JR.*
ATTORNEY AT LAW

ROBERT D. DABAGHIAN *
ATTORNEY AT LAW

PHILIP A. PEREZ *
ATTORNEY AT LAW

RAUL V. TREVINO *
ATTORNEY AT LAW

December 21, 2018

KEYSTONE RV COMPANY
2642 HACKBERRY DRIVE
P.O. BOX 2000
GOSHEN, INDIANA 46527-2000

BY CERTIFIED MAIL RRR

Re:   William D. Chambers and Laura A. Chambers;
      Purchase of a new 2018 Keystone Alpine3301GR;
      Vehicle Identification/Serial No. 4YDF33020JE780359;
      Sales Price of $91,312.00 on December 29, 2017;
      NOTICE OF CLAIMS- CH. 17 TX BUSINESS AND COMMERCE CODE;
      NEGLIGENCE, NEGLIGENT MISREPRESENTATIONS, BREACH OF
      EXPRESS AND IMPLIED WARRANTIES AND MAGNUSON MOSS
      WARRANTY ACT

Dear Sir/Madam:

This letter serves to advise you that this law firm and the undersigned attorney represents Mr. and Mrs. Chambers claim(s) arising out of the sales/servicing of the RV referenced above. Please direct any and all responses to this letter to the undersigned attorney, in addition to any and all further communications.

This letter is written pursuant to Chapter 17 of the Texas Business and Commerce Code-Deceptive Trade Practices-Consumer Protection Act, and hereby places you on notice that if the matters about which we complain are not settled within sixty(60) days, we will file a lawsuit seeking to recover our clients' economic and mental anguish damages, attorney's fees, and any additional damages(treble) that a jury may award. All of these stated damages are authorized by statute. In addition to the stated damages and claims, we will seek compensation resulting from negligence, negligent misrepresentation, along with breach of express and implied warranties, to include Magnuson Moss Warranty Act violations.

Our clients' complaints are that they purchased the subject RV based upon representations that it was a good quality, dependable unit, and that defects in material and workmanship, if any, would be repaired pursuant to the manufacturer's warranty in a good and workmanlike manner. Such has not been the case, as the RV exhibits numerous substantial and material defects and attempts at repair have not been successful nor performed in a good and workmanlike manner. My clients are now plagued with an RV with inherent defects resulting in a substantially diminished value due to your inability to properly repair the same.

These defects include, but are not limited to the following:

- MULTIPLE WATER LEAKS RESULTING IN WATER DAMAGES; -SATURATED INSULATION AND BAGGAGE COMPARTMENT, BUBBLING VINYL IN KITCHEN;
- FAILED HYDRAULIC SLIDE HOSE FITTING;
- PROBLEMS WITH THE GREY TANK FALLING OUT-ALSO CAUSING FLOODED CABINET DUE TO SHODDY REPAIR;
- BLACK TANK LEAKING AT TOP OF ABS CONNECTION;
- IMPROPER SIZED AND DAMAGED COUNTER TOP;
- AC NOT BLOWING COLD AND RUNS CONTINUOUSLY;
- MULTIPLE SOFT SPOTS ON FLOORING AND FAILED ADHESIVE;
- FLUID LEAKING FROM FRONT JACK;
- LOSE FIREPLACE TRIM;
- OVEN NOT HOLDING TEMP;
- MISMATCHED AND INCORRECT FLOORING INSTALLED;
- INOPERABLE FIRECPLACE AND DISHWASHER;
- CUT FLOORING FROM SHODDY REPAIRS;
- DENTS AND SCRATCHES FROM ATTEMPTED REPAIRS;
- BULGING UNDER-SIDE AND WATER STAINS FROM LEAKS;
- HOLES IN ENTRY STAIRS
- EXCESSIVE DUST FROM ATTEMPTED REPAIRS-CAUSING ALLERGIES

Your conduct in misrepresenting the unit, the manufacturer's warranty and in selling the RV in the defective condition in which it was sold, amounts to violations of Sections 17.46(b) 5, 7, 9, 12, 13, 19, 21, and 23, as well as Section 17.50 (a) 1, 2, and 3 of the Texas Business and Commerce Code-Deceptive Trade Practices Consumer Protection Act. My clients further assert claims for breach of express and implied warranties, negligence, negligent misrepresentations, and Magnuson Moss Warranty Act violations.

By reason of the difficulties experienced, pursuant to Section 2.608 of the Texas Business and Commerce Code, we hereby seek to revoke acceptance of the unit, rescind the transaction in question, and demand payment of $125,000.00 for economic and mental anguish damages. Alternatively, demand is expressly made that the unit be re-purchased based on the full purchase price plus expenses. Attorney's fees are sought in the amount of $5,500.00, allowable under statute.

As stated previously, we write to you pursuant to Section 17.505 of the Texas Business and Commerce Code. Accordingly, if this matter is not resolved within the sixty day statutory period, we will have no alternative but to file a lawsuit seeking our client's economic damages, attorney's fees, and any additional damages(treble) that a jury may award. Should you care to attempt a resolution prior to litigation, my client remains open to proposed resolutions.

In the meantime, feel free to contact me should you care to discuss the matter further.

You may also reach me by e-mail at paul@torreslawpc.com.

Sincerely,

TORRES LAW FIRM

PAUL A. TORRES

PAT/
cc: Mr. and Mrs. Chambers